Simon, Appellant, *v.* Philadelphia.

282

Argued November 28, 1961. Before BELL, C. J., JONES, COHEN, EAGEN and ALPERN, JJ.

reargument refused February 23, 1962.

*Edward Unterberger,* for appellant.

*Augustus Sigismondi,* Assistant City Solicitor, with him *James L. Stern,* Deputy City Solicitor, *Levy Anderson,* First Deputy City Solicitor, and *David Berger,* City Solicitor, for City of Philadelphia, appellee.

Opinion Per Curiam, January 17, 1962:
Judgment affirmed on opinion of Judge Kelley of the court below.
Mr. Justice Eagen dissents.